UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD AND LORIANN
WILLIAMS,

                   Plaintiff,

        v.

STARRAG GROUP HOLDING AG, et
al.,

                   Defendants.

C14-764 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

    (1)    To the extent photographs are available, the parties are DIRECTED to
provide to the Court, on or before March 8, 2017, photographs of a DST Alpha 1000 M
5-Axis Dual Pallet Machining Center, the enclosure, and the layout of the walkways
within.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

    Dated this 1st day of March, 2017.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1