UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD AND LORIANN WILLAIMS,<br><br>            Plaintiffs,<br><br>    v.<br><br>STARRAG GROUP HOLDING AG, et al.,<br><br>            Defendants. | C14-764 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The parties stipulated motion to seal confidential documents, docket no. 66, is GRANTED.  Appendix A to the stipulated motion, docket no. 67, shall remain under seal.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of March, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1