UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD AND LORIANN WILLIAMS,<br><br>     Plaintiffs,<br><br> v.<br><br>STARRAG GROUP HOLDING AG, et al.,<br><br>     Defendants. | C14-764 TSZ<br><br>MINUTE ORDER |

   The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

   (1) To assist the Court in resolving defendant Dörries Scharmann Technologie, GmbH's ("DST") motion in limine seeking to exclude expert testimony from Dr. Louis Kretschmer beyond the scope of conducting independent medical exams, docket no. 72 at 10-14, defendant DST is DIRECTED to file with the Court a full and complete copy of the Dr. Kretschmer's deposition on or before April 5, 2017, at 12:00 p.m.

   (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

   Dated this 4th day of April, 2017.

                  William M. McCool
                  Clerk

                  s/Karen Dews
                  Deputy Clerk

MINUTE ORDER - 1