UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD AND LORIANN WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>DÖRRIES SCHARMANN TECHNOLOGIE, GmbH, et al.,<br><br>Defendants. | C14-764 TSZ<br><br>ORDER |

Counsel having advised the Court that this matter has been resolved, and plaintiffs' counsel having confirmed that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

In the event settlement is not perfected, either party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 27th day of April, 2017.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER - 1